## COMMONWEALTH *vs.* PATRICK HARDIMAN.

IN this case, the record of the magistrate before whom the defendant was tried, and from whose judgment he appealed, set forth the decision thus : " It is considered by me that he guilty of the offence," &c. ; and the only question saved, after conviction in the superior court, was, whether this record was so defective that the defendant could not properly be held for trial. The court held that the conviction was right.

*C. R. Train,* for the defendant.

*Foster,* A. G., for the Commonwealth.